1  CROWELL & MORING LLP
   Kent B. Goss (CSB No. 131499)
2  KGoss@crowell.com
   Raija Horstman (CSB No. 277301)
3  RHorstman@crowell.com
   515 South Flower St., 40th Floor
4  Los Angeles, CA 90071
   Telephone: 213.622.4750
5  Facsimile: 213.622.2690
6
7  Attorneys for Plaintiff EVOX Productions, LLC

8  WINSTON & STRAWN LLP
   Jennifer Golinveaux (CSB No. 203056)
9  JGolinveaux@winston.com
   101 California St., 34 Floor
10 San Francisco, CA 94111
   Telephone: 415.591.1000
11 Facsimile: 415.591.1400

12
   Attorneys for Defendants Verizon Media Inc.,
13 Yahoo! Inc., and Oath Inc.

14
                    UNITED STATES DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  EVOX PRODUCTIONS, LLC, a Delaware limited liability company, | Case No. 2:20-cv-02852 CBM (JEMx) |
| 19  Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE TAN 30 DAYS (L.R. 8-3)** |
| 20  v. | |
| 21  VERIZON MEDIA INC., a Delaware corporation, YAHOO! INC., a Delaware corporation, OATH INC., a Delaware corporation, and DOES 1 through 10, inclusive, | **Complaint served: March 31, 2020** |
| | **Current response date: April 21, 2020** |
| | **New response date: May 21, 2020** |
| 26  Defendants. | |

27
28

This stipulation to extend the time to respond to the complaint pursuant to Central District Local Rule 8-3 is entered into by and between Plaintiff Evox Productions, LLC ("Plaintiff") and defendants Verizon Media Inc., Yahoo! Inc. and Oath Inc. (collectively, "Defendants") as follows:

1. WHEREAS, on March 26, 2020, Plaintiff filed its initial complaint in this action against Defendants (Dkt. 4).

2. WHEREAS, Defendants accepted service via counsel effective on March 31, 2020, making their responsive pleading due on April 21, 2020.

3. WHEREAS, Defendants have requested, and Plaintiff has agreed to, an extension of 30 days to respond to the complaint.

4. THEREFORE, it is hereby stipulated pursuant to Central District Local Rule 8-3, by and between the parties hereto, through their respective counsel, that Defendants may have up to and including May 21, 2020 to respond to Plaintiff's complaint.

Dated: April 3, 2020                    CROWELL & MORING LLP

                                        /s/ Raija J. Horstman
                                        Raija J. Horstman
                                        Attorneys for Plaintiff
                                        EVOX Productions, LLC

Dated: April 3, 2020                    WINSTON & STRAWN LLP


                                        /s/ Jennifer Golinveaux
                                        Jennifer Golinveaux
                                        Attorneys for Defendants
                                        Verizon Media Inc., Yahoo! Inc.,
                                        and Oath Inc.

**Attestation re Electronic Signatures**

I, Raija J. Horstman, attest pursuant to Central District Local Rule 5-4.3.4 that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 3, 2020         */s/ Raija J. Horstman*
                             Raija J. Horstman