UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-2852-CBM(JEMx) | Date | OCTOBER 28, 2020 |
|---|---|---|---|
| Title | Evox Productions LLC v. Verizon Media Inc. et al., | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
|---|---|
| N/A | N/A |

**Proceedings:**   In Chambers-Off the Record

Counsel are hereby notified that the Scheduling Conference, currently set for November 3, 2020, is hereby taken off calendar. The Court will set the following dates:

Last Day to Amend Pleadings or Add Parties Friday, November 6, 2020.
Close of Fact Discovery Friday, June 4, 2021.

Last Day for Initial Expert Disclosures and Reports, June 30, 2021.
Last Day for Rebuttal Expert Disclosures and Reports July 28, 2021.
Last Day for Supplemental Expert Disclosures and Report August 13, 2021.

Close of Expert Discovery September 10, 2021.

Last Day to File Dispositive Motions October 5, 2021.

Tentative Hearing on any Dispositive Motions November 23, 2021 at 10:00 a.m.
Last Day to Conduct Settlement Proceedings January 21, 2022.

Pre-Trial Conference set for April 12, 2022 at 2:30 p.m.
Jury Trial set for April 19, 2022 at 10:00 a.m. (Est. 5 days).

:

Initials of Preparer       YS