CROWELL & MORING LLP
Kent B. Goss (SBN 131499)
KGoss@crowell.com
Raija J. Horstman (SBN 277301)
RHorstman@crowell.com
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Attorneys for Plaintiff EVOX Productions, LLC

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN (SBN 116927)
sedelman@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: 310.552.8500
Facsimile: 310.551.8741

GIBSON, DUNN & CRUTCHER LLP
PERLETTE MICHELE JURA (SBN 242332)
Pjura@gibsondunn.com
ILISSA SAMPLIN (SBN 314018)
isamplin@gibsondunn.com
SHAUN A. MATHUR (SBN 311049)
smathur@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants Verizon Media Inc., Yahoo! Inc., and Oath Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON MEDIA INC., a Delaware corporation, YAHOO! INC., a Delaware corporation, OATH INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02852 CBM (JEMx)<br><br>**ORDER EXTENDING DISCOVERY AND PRETRIAL DEADLINES [49]**<br><br>Judge:   Hon. Consuelo B. Marshall<br><br>Complaint Filed:  March 27, 2020<br><br>Trial Date: April 19, 2022 |

The Court, having considered Plaintiff Evox Productions, LLC ("Plaintiff") and Defendants Verizon Media Inc., Yahoo! Inc., and Oath Inc.'s (collectively, "Defendants") stipulation to extend discovery and pretrial deadlines, and good cause having been shown, IT IS HEREBY ORDERED THAT:

The Court will set the following dates:

| EVENT | NEW DATE |
| --- | --- |
| Close of Fact Discovery | August 3, 2021 |
| L/D for Initial Expert Disclosures and Reports | August 27, 2021 |
| L/D for Rebuttal Expert Disclosures and Reports | September 24, 2021 |
| L/D for Supplemental Expert Disclosures and Reports | October 11, 2021 |
| Close of Expert Discovery | November 5, 2021 |
| L/D to File Dispositive Motions | November 23, 2021 |
| Tentative Hearing on any Dispositive Motions at 10 a.m. | January 18, 2022 |
| L/D to Conduct Settlement Proceedings | February 28, 2022 |
| Pre-Trial Conference at 2:30 pm | April 12, 2022 |
| Jury Trial at 10:00 a.m. | April 19, 2022 |

IT IS SO ORDERED.

Dated:   MAY 3, 2021

_____
Honorable Consuelo B. Marshall
United States District Judge