UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-2852-CBM-(JEMx) | Date | May 10, 2021 |
| Title | Evox Productions, LLC. v. Verizon Media Inc. et al. | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: AMENDED COMPLAINT**

On May 5, 2021, the Court granted Defendants' Motion for Judgment on the Pleadings on Plaintiff's copyright infringement claim with leave to amend (the "Order"). (Dkt. No. 51.) To the extent Plaintiff seeks to amend the complaint consistent with the Court's Order, Plaintiff shall file an amended complaint **no later than May 21, 2021.**

**IT IS SO ORDERED.**